# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | | |
|---|---|---|
| In re | : | Case No. 24-02511 |
| Wendt Communication Partners, LLC | : | Chapter 11– Subchapter V |
| Debtor | : | |
| | : | Hon. Henry W. Van Eck |
| | : | United States Bankruptcy Judge |

## INTERIM ORDER AUTHORIZING DEBTOR IN POSSESSION TO USE CASH COLLATERAL AND ESTABLISHING ADEQUATE PROTECTION PAYMENTS

This matter having come before the Court on Debtor in Possession's Motion for the Entry of an Interim Order Authorizing Debtor in Possession to Use Cash Collateral; and the Court being sufficiently advised, finds and orders as follows:

IT APPEARING that Debtor filed a voluntary petition for relief under chapter 11 of Bankruptcy Code on October 1, 2024, (the "Petition Date"), and that Debtor continues to manage and operate the business as the debtor in possession pursuant to §§ 1107 and 1108; and it further

APEARING that on the Petition Date, property of the estate was comprised in part of $74,903.01 in cash on deposit in various accounts, and $34,405.35 in accounts receivables, for a total of $109,308.36 in cash collateral (the "Cash Collateral"), in which IDEA247, Inc ("IDEA") and TD Bank, NA ("TD Bank") may have an interest; and it further

APPEARING that Debtor requires the immediate authority to use the Cash Collateral in order to: (a) maintain and preserve the assets of the estate; (b) continue to pay the normal operating expenses; and (c) segregate fees for the Subchapter V Trustee and professional fees as reflected in the DIP Budget attached hereto as <u>Exhibit A;</u> and it further

APPEARING that pending a final hearing or entry of a final order in this matter, the interests of IDEA and TD Bank in the Cash Collateral must be adequately protected, pursuant to §363(c)(2), and in the manner provided in §361; NOW THEREFORE IT IS

**ORDERED** that: Debtor's motion is **GRANTED**. Effective October 1, 2024, Debtor is authorized on an interim basis to use the Cash Collateral according to the DIP Budget attached as <u>Exhibit A</u>.

**ORDERED** that on or before October 15, 2024, debtor in possession shall pay, pursuant to §361(1) $3,141 to IDEA; and $1,571 to TD Bank, as adequate protection; it is further

**ORDERED** that debtor in possession shall grant a replacement lien in Debtor's deposit accounts and account receivables to IDEA and to TD Bank to the extent of IDEA's and TD Bank's respective interests and respective priorities in the Cash Collateral as such existed as of the Petition Date, (the "Replacement Liens"); if is further

**ORDERED** that said Replacement Liens shall be deemed to be valid and duly perfected security interests against the Cash Collateral without the need to file or serve financing statements, notices of lien, which otherwise may be required under federal or state law, or to take any action to validate or perfect the Replacement Liens.

**ORDERED** that this matter is set for a final hearing at 9:30 am, on October 29, 2024, at the U.S. Bankruptcy Court for the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102, it further

**ORDERED** Debtor in possession shall, within two (2) days of the entry of this order, serve a copy of the order on all parties in interests, the creditors described in FRBP 1007(d), all secured creditors, the U.S. Trustee, and the Subchapter V Trustee.

|  | Oct-24 |
|---|---:|
| **INCOME** | |
| Vender Commissions | $ 14,642 |
| Service Delivery | |
|   Vendor Partnership Referrals | $ 25,999 |
|   Direct Sales - New Customers | $ 8,744 |
|   Direct Sales - Existing Customers | $ 47,954 |
|   Client Referrals & Other Sources | $ 19,660 |
|   Uncategorized Income | $ - |
| **Total Income** | **$ 117,000** |
| | |
| Costs of Sales | |
|   (Commissions on Sales) | $ (2,673) |
|   (Preferred Client Discounts) | $ (3,256) |
|   (Other Discounts) | $ (1,436) |
|   (Client Refunds) | $ - |
|   Total Costs of Sales | $ (7,365) |
| **NET SALES** | **$ 109,635** |
| | |
| **EXPENSES** | |
| **Sales and Marketing** | |
|   Outsourced Sales Resources | $ 3,750 |
|   Marketing & Sales Development | $ - |
|   Lead Generation - Direct Sales New Customers | $ 7,500 |
|   Total Sales and Marketing | $ 11,250 |
| **GROSS PROFIT** | **$ 98,385** |
| | |
| Salary and Fringes | $ - |
|   Executive | $ 7,250 |
|   Operations & Client Success | $ - |
|   Administration & Books | $ - |
|   Health Insurance | $ - |
|   Payroll Taxes | $ 870 |
|   401k Match | $ 218 |
|   Payroll Processing Fees | $ 50 |
|   Total Salary and Fringes | $ 8,388 |
| **Owner Draws - Compensation** | $ - |
| | |
| **Direct Operating Expenses** | |
| Contract Labor | $ - |
|   Gen & Administrative | $ 6,573 |
|   Delivery of Services | $ 52,721 |
|   Total Contract Labor | $ 59,294 |
| **SaaS & Digital Subscriptions** | |
|   Digital HQ | $ 7,000 |
|   IT Security | $ 3,000 |
|   Other Saas | $ - |
|   Total Saas & Digital | $ 10,000 |
| **Total Direct Operating Expenses** | **$ 69,294** |

Case 1:24-bk-02511-HWV    Doc 34    Filed 10/11/24    Entered 10/11/24 06:43:47    Desc
Main Document    Page 3 of 4

**General & Administrative Expenses**
  **Insurance**

| | | |
|---|---|---:|
| | Business Insurance | $ 541 |
| | Worker's Compensation | $ 83 |
| | **Total Insurance** | **$ 624** |

**Travel Expenses**

| | | |
|---|---|---:|
| | Travel | $ - |
| | Meals | $ - |
| | **Total Travel Expenses** | **$ -** |

**Office Costs**

| | | |
|---|---|---:|
| | Rent | $ 500 |
| | Office Expenses | $ 228 |
| | **Total Office Costs** | **$ 728** |

**Other Business Expenses**

| | | |
|---|---|---:|
| | Bank Charges & Fees | $ 1,971 |
| | Dues & Subscriptions | $ 100 |
| | Postage & Shipping | $ 76 |
| | Taxes & Licenses | $ 50 |
| | QBO Merchant Fees | $ 3,362 |
| | Misc. Gen Admin Expenses | $ 706 |
| **Total Other Business Expenses** | | **$ 6,264** |

**Professional Fees**

| | | |
|---|---|---:|
| | Recruiting & HR | $ 2,000 |
| | **Total Professional Fees** | **$ 2,000** |
| | **Total Gen. & Admin Expenses** | **$ 9,615** |

| | |
|---|---:|
| **Total Expenses** | **$ 87,297** |
| 10% Expense Variance | $ (8,730) |
| **Operating Income/(Loss)** | **$ 2,359** |

**Adequate Protection Analysis**

| | |
|---|---:|
| Value of Debtor's Interest in Cash Collateral as of Petition Date | $ 109,308 |

**Estate Expenses/ Carve Outs**
  Court Fees

| | |
|---|---:|
| Sub V Chapter Trustee Post Petition Retainers | $ (500) |
| Dennery PLLC Security Retainers | $ (5,000) |
| **Total Administrative Expenses** | **$ (5,500)** |
| Operating Income/(Loss) | $ 2,359 |
| **Estimated Diminution of Value of Cash Collateral** | **$ (3,141)** |

**Adequate Protection Payments**

| | |
|---|---:|
| IDEA247, INC. | $ (3,141) |
| TD BANK, NA | $ (1,571) |
| Total APP Payments | $ (4,712) |

**Cash Flow**

| | |
|---|---:|
| **Cash on Hand** | **$ 74,903** |
| **Total Estate Expenses** | **$ (10,212)** |
| **Net Cash Flow/Cushion** | **$ 64,691** |