# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No. 24-02511 |
| Wendt Communication Partners, LLC | : | Chapter 11– Subchapter V |
| Debtor | : | |
| | : | Hon. Henry W. Van Eck |
| | : | United States Bankruptcy Judge |

      I hereby certify that on January 7, 2025, a copy of the WENDT COMMUNINCATION PARTNERS, LLC's AMENDED CHAPTER 11 SUBHCAPTER V PLAN OF REORGANIZATION, AND THE ORDER SCHEDULING CONFIRMATION HEARING, were served electronically through the Court's ECF System to all parties registered to receive notices in the above captioned case, and on the following, with a copy of the AND CLASS BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION by First Class U.S. Mail:

American Express National Bank
Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank of America, NA
PO Box 982284
El Paso TX 79998-2238

Barclays JetBlue Card
PO Box 13337
Philadelphia PA 19101-3337

Byzfunder NY, LLC
PO Box 356
Cedarhurst NY 11516

Capital One
PO Box 981600
Boston MA 02298-1600

Cathay Bank
9650 Flair Dr
El Monte CA 91731

Chase
PO BOX 15123
Wilmington DE 19850-5123

Citizens
PO Box 18204
Bridgeport CT 06601-3204

City National Bank
PO Box 54830
Los Angeles CA 90054

Department of Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

First National Bank of Omaha
1620 Dodge St. Stop code 3105
Omaha NE 68197

IDEA 247 INC. DBA IDEA FINANCIAL
Scott D. Fink
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd. Ste 200
INDEPENDENCE OH 44131

JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton FL 33487

KeyBank NA
4910 Tiedeman Road
Brooklyn OH 44144

M&T Bank
PO Box 62014
Baltimore MD 21264-2014

Massachusetts Department of Revenue
PO Box 7090
Boston MA 02204-7090

My Best Buy
PO Box 790441
St. Louis MO 63179-0441

ODK Capital, LLC
1400 Broadway
New York NY 10018

Pinnacle Bank
150 3rd Avenue S.
Suite 900
Nashville TN 37201

PNC Bank, National Association
c/o Stephen Barr
101 W. Washington St., 04−E (Mail Stop: I1−Y013−04
Indianapolis IN 46255

Santander Bank, N.A.
3 Huntington Quadrangle Ste 101N

Melville NY 11747

TD, BANK, N.A.
Phillip D. Berger, Esq.
919 Conestoga Road, Bldg 3, Ste 114
Bryn Mawr PA 19010

Wells Fargo Bank, N.A
PO Box 29482 MAC S4101-08C
Phoenix AZ 85038

WebFund, LLC
Corporations Service Company
PO Box 2576
Springfield IL 62708

Zoom Video Communicatins, Inc.
55 Almaden Blvd #600
San Jose CA 95113-1612

*/s/ J. Christian Dennery*
J. Christian Dennery (KBA No. 95878)
7310 Turfway Rd. Suite 550
Florence, KY 41042
Tl: 859-445-5495
Ph: 859-286-6726
jcdennery@dennerypllc.com

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).　　ECF　Nos. 76 and 77 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. ECF　Nos. 76 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).    ECF  Nos. 76 and 77 |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. ECF  Nos. 76 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Ballot, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| Capital One | PO Box 981600 | | | | Boston MA 02298-1600 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).    76 and 77 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 1.2, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:24-bk-02511 |
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).    76 and 77 |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 1.2, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Ballot 1.2, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| My Best Buy | PO Box 790441 | | | St. Louis MO 63179-0441 |
|---|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s). 75 and 77 |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 1.3, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 75 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:24-bk-02511 |
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).    75 and 77 |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 1.3, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 75 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Ballot 1.3, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| City National Bank | PO Box 54830 | | | | Los Angeles CA 90054-0000 |
|---|---|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).     77 and 77 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 2.1, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 77 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).     77 and 77 |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 2.1, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 77 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Ballot 2.1, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| TD Bank, National Association | 1701 Route 70 East | | | | Cherry Hill NJ 08034-0000 |
|---|---|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).        76 and 77 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 2.2, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:24-bk-02511 |
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).    76 and 77 |

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 2.2, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Ballot 2.2, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| IDEA 247 INC. DBA IDEA FINANCIAL | c/o Weltman, Weinberg & Reis Co., L | | 5990 West Creek Rd. Ste 200 | | Miami FL 33131-0000 |
|---|---|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).     76 and 77 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 2.3, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:

    Wendt Communication Partners, LLC

    Debtor(s)

Case No. 1:24-bk-02511

Chapter 11

ECF Dkt Ref No(s).    76 and 77

---

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

---

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 2.3, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Ballot 2.3, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| OnDeck | 4700 W. Daybreak Pkwy., Ste 200 | | | South Jordan UT 84009-0000 |
|--------|--------------------------------|--|--|---------------------------|

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).     76 and 77 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 3.1, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                              Case No. 1:24-bk-02511

   Wendt Communication Partners, LLC      Chapter 11

   Debtor(s)                                 ECF Dkt Ref No(s).      76 and 77

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 3.1, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Ballot 3.1, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| Shanna M. Kaminksi, Esq | Kaminski Law PLLC | | PO Box 247 | | Grass Lake MI 49240-0000 |
|---|---|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).     76 and 77 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 3.2, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:24-bk-02511 |
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).    76 and 77 |

---

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/7/2025, I did cause a copy of the following document(s), described below:

Ballot 3.2, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Ballot 3.2, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| Shanna M. Kaminksi, Esq | Kaminski Law PLLC | | PO Box 247 | | Grass Lake MI 49240-0000 |
|---|---|---|---|---|---|

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 1:24-bk-02511 |
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).    76 and 77 |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/7/2025, I did cause a copy of the following document(s), described below:

Class 4 Ballots, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Bar No. 98575
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:

Wendt Communication Partners, LLC

Debtor(s)

Case No. 1:24-bk-02511

Chapter 11

ECF Dkt Ref No(s).      76 and 77

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/7/2025, I did cause a copy of the following document(s), described below:

Class 4 Ballots, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Class 4 Ballots, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | |
|---|---|---|---|---|
| American Express National Bank | C/O Becket and Lee LLP | | PO Box 3001 | Malvern PA 19355-0701 |
| Bank of America, NA | PO Box 982284 | | | El Paso TX 79998-2238 |
| Barclays JetBlue Card | PO Box 13337 | | | Philadelphia PA 19101-3337 |
| ByzFunder | PO Box 356 | | | Cedarhurst NY 11516-0000 |
| Cathay Bank | 9650 Flair Dr | | | El Monte CA 91731-0000 |
| Chase | PO BOX 15123 | | | Wilmington DE 19850-5123 |
| Citizens | PO Box 18204 | | | Bridgeport CT 06601-3204 |
| Comm. of Virginia Dept. of Taxation | Office of Compliance | | PO Box 27407 | Richmond VA 23261-7407 |
| First National Bank of Omaha | 1620 Dodge St. Stop code 3105 | | | Omaha NE 68197-0000 |
| IDEA 247 INC. DBA IDEA FINANCIAL | c/o Weltman, Weinberg & Reis Co., L | | 5990 West Creek Rd. Ste 200 | Miami FL 33131-0000 |
| KeyBank NA | 4910 Tiedeman Road | | | Brooklyn OH 44144-0000 |
| M&T Bank | PO Box 62014 | | | Baltimore MD 21264-2014 |
| OnDeck | 4700 W. Daybreak Pkwy., Ste 200 | | | South Jordan UT 84009-0000 |
| Pinnacle Bank | 150 3rd Avenue S. | | Ste 900 | Nashville TN 37201-0000 |
| PNC Bank | PO Box 747066 | | | Pittsburgh PA 15274-0766 |
| Santander Bank, N.A | Santander Way RI11 EPV 02 23 | | | East providence RI 02915-0000 |
| TD Bank, National Association | 1701 Route 70 East | | | Cherry Hill NJ 08034-0000 |
| WebFund LLC | 99 Wall Street #1540 | | | New York NY 10005-0000 |
| Wells Fargo | PO Box 29482 | | | Phoenix AZ 85038-8650 |
| Shanna M. Kaminksi, Esq | Kaminski Law PLLC | | PO Box 247 | Grass Lake MI 49240-0000 |
| IDEA247, INC. | Corporation Service Company | | 801 ADLAI STEVENSON DRIVE | SPRINGFIELD IL 62703-0000 |
| Phillip D Berger, Esq. | 919 Conestoga Rd, | | Building 3, Suite 114 | Bryn Mawr PA 19010-0000 |
| WebFund, LLC | Corporations Service Company | | PO Box 2576 | Springfield IL 62708-0000 |
| Zoom Video Communicatins, Inc. | 55 Almaden Blvd #600 | | | San Jose CA 95113-1612 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 1:24-bk-02511 |
|---|---|
| Wendt Communication Partners, LLC | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).      76 and 77 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 1/7/2025, I did cause a copy of the following document(s), described below:

Class 2.1_Ballot, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ J. Christian Dennery
J. Christian Dennery
Bar No. 98575
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence KY 41042-0000
859-445-5495
jcdenery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

---

In re:

Wendt Communication Partners, LLC

Debtor(s)

Case No. 1:24-bk-02511

Chapter 11

ECF Dkt Ref No(s).   76 and 77

---

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/7/2025, I did cause a copy of the following document(s), described below:

Class 2.1_Ballot, Amended Plan, and Order Setting Confirmation Hearing, ECF Dkt Ref No. 76 and 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2025, I caused a copy of the Class 2.1_Ballot, Amended Plan and and Order Setting Confirmation Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| Phillip D Berger, Esq. | 919 Conestoga Rd, | | Building 3, Suite 114 | | Bryn Mawr PA 19010-0000 |
|---|---|---|---|---|---|