**Fill in this information to identify the case:**

Debtor Name **Wendt Communication Partners LLC**

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 1:24-bk-02511

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __May 2025__

Line of business: __Technology Consultant__

Date report filed: __06/24/2025__
MM / DD / YYYY

NAISC code: __541800__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __W Douglas Wendt__

Original signature of responsible party __W Douglas Wendt (Jun 23, 2025 06:29 EDT)__

Printed name of responsible party __W Douglas Wendt__   Jun 23, 2025

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

_If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A._

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

_If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B._

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☑ | ☐ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?   ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 326950.13

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 199544.04

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 105044.36

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 94499.68

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 421449.81

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 0

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             _____ 1
27. What is the number of employees as of the date of this monthly report?                _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____ 0
30. How much have you paid this month in other professional fees?                                              $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                             $ _____ 1736.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | − | Column B | = | Column C |
|---|---|---|---|---|---|
|  | **Projected** |  | **Actual** |  | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ ~~167000.~~ | − | $ 199544.04 | = | $ -32544.04 |
| 33. **Cash disbursements** | $ ~~150000.~~ | − | $ 105044.36 | = | $ 44955.64 |
| 34. **Net cash flow** | $ 17000. | − | $ 94499.68 | = | $ -77499.68 |

35. Total projected cash receipts for the next month:                                     $ _____ 50950
36. Total projected cash disbursements for the next month:                              − $ _____ 131382
37. Total projected net cash flow for the next month:                                   = $ _____ -80432

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.   Bank reconciliation reports for each account.

☐ 40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.   Budget, projection, or forecast reports.

☐ 42.   Project, job costing, or work-in-progress reports.

| **EXHIBIT C - CASH RECEIPTS** | | | | |
|---|---|---|---|---|
| **Wendt Communication Partners LLC** | | | | |
| **May 1 2025 through to May 30 2025** | | | | |
| **Date** | **Account** | **Account Number** | **Transaction type** | **Amount** |
| 05/01/2025 | First National Bank DIP Operating | 0901 | Deposit | 12,625.00 |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Deposit | 18,687.50 |
| 05/06/2025 | First National Bank DIP Operating | 0901 | Deposit | 5,500.00 |
| 05/07/2025 | First National Bank DIP Operating | 0901 | Deposit | 5,625.00 |
| 05/07/2025 | First National Bank DIP Operating | 0901 | Deposit | 2,000.00 |
| 05/08/2025 | First National Bank DIP Operating | 0901 | Deposit | 2,500.00 |
| 05/09/2025 | First National Bank DIP Operating | 0901 | Deposit | 4,750.00 |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Deposit | 10,500.00 |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Deposit | 8,375.00 |
| 05/13/2025 | First National Bank DIP Operating | 0901 | Deposit | 97,028.79 |
| 05/19/2025 | First National Bank DIP Operating | 0901 | Deposit | 2,000.00 |
| 05/19/2025 | First National Bank DIP Operating | 0901 | Deposit | 2,250.00 |
| 05/22/2025 | First National Bank DIP Operating | 0901 | Deposit | 1,834.00 |
| 05/22/2025 | First National Bank DIP Operating | 0901 | Deposit | 3,750.00 |
| 05/22/2025 | First National Bank DIP Operating | 0901 | Deposit | 3,750.00 |
| 05/23/2025 | First National Bank DIP Operating | 0901 | Deposit | 2,500.00 |
| 05/23/2025 | First National Bank DIP Operating | 0901 | Deposit | 4,187.50 |
| 05/27/2025 | First National Bank DIP Operating | 0901 | Deposit | 1,000.00 |
| 05/27/2025 | First National Bank DIP Operating | 0901 | Deposit | 2,200.00 |
| 05/28/2025 | First National Bank DIP Operating | 0901 | Deposit | 3,750.00 |
| 05/29/2025 | First National Bank DIP Operating | 0901 | Deposit | 2,231.25 |
| 05/30/2025 | First National Bank DIP Operating | 0901 | Deposit | 2,500.00 |
| **TOTAL** | | | | **$199,544.04** |

| | EXHIBIT D - CASH DISBURSEMENTS | | | | |
|---|---|---|---|---|---|
| | Wendt Communication Partners LLC | | | | |
| | May 1 2025 through to May 30 2025 | | | | |
| Transaction date | Distribution Account | Account Number | Transaction type | Amount | Memo/Description |
| 05/01/2025 | First National Bank DIP Operating | 0901 | Expense | -20.00 | Quickbooks |
| 05/01/2025 | First National Bank DIP Operating | 0901 | Expense | -715.68 | GSuite |
| 05/01/2025 | First National Bank DIP Operating | 0901 | Expense | -584.99 | GSuite |
| 05/01/2025 | First National Bank DIP Operating | 0901 | Expense | -320.00 | Overpass |
| 05/01/2025 | First National Bank DIP Operating | 0901 | Expense | -2,388.98 | Overpass |
| 05/01/2025 | First National Bank Business Checking | 0428 | Expense | -2,014.99 | ProspectUp |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -249.10 | QBooks Online |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -2,452.50 | Remote |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -879.58 | Remote |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -5,576.12 | Remote |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -3,000.00 | Remote |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -383.40 | Remote |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -106.90 | Google Voice |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -1,590.00 | Clay |
| 05/02/2025 | First National Bank DIP Operating | 0901 | Expense | -104.00 | LegalZoom |
| 05/03/2025 | First National Bank DIP Operating | 0901 | Expense | -625.54 | Quickbooks |
| 05/05/2025 | First National Bank DIP Operating | 0901 | Expense | -127.19 | LinkedIn |
| 05/05/2025 | First National Bank DIP Operating | 0901 | Expense | -4,872.00 | Remote |
| 05/05/2025 | First National Bank Business Checking | 0428 | Expense | -651.00 | Upwork |
| 05/05/2025 | First National Bank DIP Operating | 0901 | Expense | -540.00 | Remote |
| 05/05/2025 | First National Bank DIP Operating | 0901 | Expense | -97.00 | Instantly |
| 05/05/2025 | First National Bank DIP Operating | 0901 | Expense | -300.00 | OutboundSync |
| 05/05/2025 | First National Bank DIP Operating | 0901 | Expense | -65.33 | Figma |
| 05/05/2025 | First National Bank DIP Operating | 0901 | Expense | -9.00 | MICROSOFT |
| 05/05/2025 | First National Bank DIP Operating | 0901 | Expense | -527.16 | MICROSOFT |
| 05/06/2025 | First National Bank DIP Operating | 0901 | Expense | -4,200.00 | Remote |
| 05/06/2025 | First National Bank DIP Operating | 0901 | Expense | -170.86 | Portal IQ |
| 05/07/2025 | First National Bank DIP Operating | 0901 | Expense | -272.85 | Quickbooks |
| 05/07/2025 | First National Bank DIP Operating | 0901 | Expense | -32.50 | Quickbooks |
| 05/07/2025 | First National Bank DIP Operating | 0901 | Expense | -104.94 | SurveryMonkey |
| 05/08/2025 | First National Bank DIP Operating | 0901 | Expense | -99.30 | Quickbooks |
| 05/08/2025 | First National Bank DIP Operating | 0901 | Expense | -348.00 | Meal |
| 05/08/2025 | First National Bank DIP Operating | 0901 | Expense | -180.00 | Delta |
| 05/08/2025 | First National Bank DIP Payroll | 0927 | Expense | -6,456.25 | Opolis, Inc. |
| 05/08/2025 | First National Bank Business Checking | 0428 | Expense | -657.18 | Godaddy |
| 05/08/2025 | First National Bank DIP Operating | 0901 | Expense | -1,236.00 | Overpass |
| 05/08/2025 | First National Bank DIP Operating | 0901 | Expense | -49.00 | Wiza |
| 05/09/2025 | First National Bank DIP Operating | 0901 | Expense | -124.05 | Quickbooks |
| 05/09/2025 | First National Bank DIP Operating | 0901 | Expense | -2,041.20 | ProspectUp |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Expense | -55.58 | Uber |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Expense | -2.90 | Ticket |
| 05/12/2025 | First National Bank Business Checking | 0428 | Expense | -602.00 | Upwork |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Expense | -40.95 | Infoquest |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Expense | -9.99 | Aero |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Expense | -334.20 | Delta |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Expense | -115.89 | ATT |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Expense | -1,000.00 | Delivery of Services |
| 05/12/2025 | First National Bank DIP Operating | 0901 | Expense | -278.50 | Avianca |
| 05/13/2025 | First National Bank DIP Operating | 0901 | Expense | -520.36 | Quickbooks |
| 05/13/2025 | First National Bank DIP Operating | 0901 | Expense | -170.86 | Portal IQ |
| 05/13/2025 | First National Bank DIP Operating | 0901 | Expense | -377.00 | Remote |
| 05/13/2025 | First National Bank DIP Operating | 0901 | Expense | -2,041.20 | ProspectUp |
| 05/13/2025 | First National Bank DIP Operating | 0901 | Expense | -9,547.38 | Remote |
| 05/13/2025 | First National Bank DIP Operating | 0901 | Expense | -1,905.86 | HUBSPOT INC. |
| 05/13/2025 | First National Bank DIP Operating | 0901 | Expense | -35.00 | GRO INSTRUMENTAL |
| 05/14/2025 | First National Bank DIP Operating | 0901 | Expense | -2,864.64 | DENNERY PLLC |
| 05/14/2025 | First National Bank DIP Operating | 0901 | Expense | -64.00 | SP ESPRESSO |
| 05/14/2025 | First National Bank DIP Operating | 0901 | Expense | -1,360.00 | Remote |

| | | | | | |
|---|---|---|---|---|---|
| 05/15/2025 | First National Bank DIP Operating | 0901 | Expense | -51.17 | BOWERY ROAD |
| 05/15/2025 | First National Bank DIP Operating | 0901 | Expense | -5,573.75 | Remote |
| 05/15/2025 | First National Bank DIP Operating | 0901 | Expense | -3,375.00 | HubSearch |
| 05/15/2025 | First National Bank DIP Operating | 0901 | Expense | -3,200.00 | HubSearch |
| 05/15/2025 | First National Bank DIP Operating | 0901 | Expense | -530.35 | Remote |
| 05/15/2025 | First National Bank DIP Operating | 0901 | Expense | -1,236.00 | Overpass |
| 05/15/2025 | First National Bank DIP Operating | 0901 | Expense | -49.00 | RENSYSTEMS |
| 05/16/2025 | First National Bank Business Checking | 0428 | Expense | -1,026.11 | Inbound Orbit |
| 05/16/2025 | First National Bank DIP Operating | 0901 | Expense | -1,000.00 | HubSearch |
| 05/16/2025 | First National Bank DIP Operating | 0901 | Expense | -500.00 | Remote |
| 05/19/2025 | First National Bank DIP Operating | 0901 | Expense | -8.33 | Uber |
| 05/19/2025 | First National Bank DIP Operating | 0901 | Expense | -18.23 | Uber |
| 05/19/2025 | First National Bank DIP Operating | 0901 | Expense | -3.00 | Uber |
| 05/19/2025 | First National Bank Business Checking | 0428 | Expense | -689.50 | Upwork |
| 05/19/2025 | First National Bank Business Checking | 0428 | Expense | -371.00 | Harvest |
| 05/19/2025 | First National Bank DIP Operating | 0901 | Expense | -49.39 | Bugherd |
| 05/20/2025 | First National Bank DIP Operating | 0901 | Expense | -53.90 | Quickbooks |
| 05/20/2025 | First National Bank DIP Operating | 0901 | Expense | -75.74 | Uber |
| 05/20/2025 | First National Bank DIP Operating | 0901 | Expense | -155.88 | Regus |
| 05/20/2025 | First National Bank Business Checking | 0428 | Expense | -103.98 | GoDaddy |
| 05/20/2025 | First National Bank Business Checking | 0428 | Expense | -1,170.59 | NYC DEPT OF FINA TAXPAYMENT |
| 05/21/2025 | First National Bank DIP Operating | 0901 | Expense | -462.82 | THE HARTFORD |
| 05/22/2025 | First National Bank DIP Operating | 0901 | Expense | -18.34 | Quickbooks |
| 05/22/2025 | First National Bank DIP Operating | 0901 | Expense | -225.00 | High Associates |
| 05/22/2025 | First National Bank DIP Operating | 0901 | Expense | -225.00 | High Associates |
| 05/22/2025 | First National Bank DIP Operating | 0901 | Expense | -69.00 | SP ESPRESSO |
| 05/22/2025 | First National Bank DIP Operating | 0901 | Expense | -1,223.29 | Overpass |
| 05/23/2025 | First National Bank DIP Operating | 0901 | Expense | -1,726.92 | LAPTOP |
| 05/23/2025 | First National Bank DIP Operating | 0901 | Expense | -335.00 | Regus |
| 05/24/2025 | First National Bank DIP Operating | 0901 | Expense | -124.05 | Quickbooks |
| 05/27/2025 | First National Bank DIP Operating | 0901 | Expense | -285.89 | Amazon |
| 05/27/2025 | First National Bank DIP Operating | 0901 | Expense | -26.93 | Canva |
| 05/27/2025 | First National Bank Business Checking | 0428 | Expense | -208.78 | GoDaddy |
| 05/27/2025 | First National Bank Business Checking | 0428 | Expense | -265.18 | Slack |
| 05/27/2025 | First National Bank Business Checking | 0428 | Expense | -780.50 | Upwork |
| 05/28/2025 | First National Bank DIP Operating | 0901 | Expense | -49.80 | Quickbooks |
| 05/28/2025 | First National Bank DIP Operating | 0901 | Expense | -58.90 | KIWIFORGMAIL |
| 05/29/2025 | First National Bank DIP Operating | 0901 | Expense | -185.93 | Quickbooks |
| 05/29/2025 | First National Bank DIP Operating | 0901 | Expense | -600.00 | KOFFMAN |
| 05/29/2025 | First National Bank DIP Operating | 0901 | Expense | -24.59 | HUBSPOT INC. |
| 05/29/2025 | First National Bank DIP Operating | 0901 | Expense | -1,236.00 | Overpass |
| 05/29/2025 | First National Bank DIP Payroll | 0927 | Expense | -6,456.25 | Opolis, Inc. |
| 05/30/2025 | First National Bank DIP Operating | 0901 | Expense | -90.00 | FNB Bank fee |
| 05/30/2025 | First National Bank DIP Operating | 0901 | Expense | -1,071.40 | VENNUS |
| 05/30/2025 | First National Bank DIP Operating | 0901 | Expense | -2.00 | FNB Bank fee |
| 05/30/2025 | First National Bank DIP Operating | 0901 | Expense | -1.80 | PACERMONITOR |
| 05/30/2025 | First National Bank Business Checking | 0428 | Expense | -29.00 | FNB Bank fee |
| 05/30/2025 | First National Bank Business Checking | 0428 | Expense | -22.17 | GoDaddy |
| 05/30/2025 | First National Bank DIP Operating | 0901 | Expense | -2,750.00 | U.S. Networking User Association |
| 05/30/2025 | First National Bank DIP Operating | 0901 | Expense | -1,750.00 | Wealth Innovation Group |
| **TOTAL** | | | | **-$105,044.36** | |

 **First National Bank**

**4140 E. State Street**
**Hermitage, PA 16148**

**ADDRESS SERVICE REQUESTED**

WENDT COMMUNICATION PARTNERS, LLC
WENDT COMM PART INC, DEBTR IN POSSESSION
WILLIAM D. WENDT
CASE 24-02511 BANKRUPTCY
5000 RITTER RD STE 202
MECHANICSBURG PA 17055-6922

## Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| COMPAK BUSINESS CHECKING | ████ 0428 | $4,111.99 |

## COMPAK BUSINESS CHECKING - ████ 0428

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/01/2025 | **Balance Last Statement** | **$2,703.97** | Minimum Balance | $688.98 |
| | 2 Credit(s) This Period | $10,000.00 | Average Ledger Balance | $4,500.41 |
| | 14 Debit(s) This Period | $8,591.98 | Average Available Balance | $4,500.41 |
| 05/30/2025 | **Balance This Statement** | **$4,111.99** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **05/01/2025** | **Balance Last Statement** | | | **$2,703.97** |
| 05/01/2025 | 23986 POS PUR 04/30 13:41 WWW.PROSPECTUP.I TORONTO ON XWV18F6J 023986 ~5969 | $2,014.99 | | $688.98 |
| 05/02/2025 | Internal transfer for petty cash | | $5,000.00 | $5,688.98 |
| 05/05/2025 | 768941 POS PUR 05/05 12:54 UPWORK * -805384 San Francisco CA 09505133 51~7361 | $651.00 | | $5,037.98 |
| 05/08/2025 | 46420 RECURRING 05/07 18:41 DNH* GODADDY.COM 480-505-8855 AZ 00000000 0464~4816 | $657.18 | | $4,380.80 |
| 05/12/2025 | 0322 POS PUR 05/12 12:53 UPWORK * -807540 San Francisco CA 09505133 51~7361 | $602.00 | | $3,778.80 |
| 05/16/2025 | Wise Inc WISE TrnWise | $1,026.11 | | $2,752.69 |
| 05/19/2025 | 964859 EB INTERNET XFER FROM FREE SMALL BUSIN 95620901 ON 5/19/25 AT 17:02 | | $5,000.00 | $7,752.69 |
| 05/19/2025 | 329640 POS PUR 05/19 12:53 UPWORK * -809710 San Francisco CA 09505133 51~7361 | $689.50 | | $7,063.19 |
| 05/19/2025 | 95629 RECURRING 05/16 14:21 HARVEST GETHARVEST.CO NY MGSIA9TW 095629 ~5734 | $371.00 | | $6,692.19 |
| 05/20/2025 | NYC DEPT OF FINA TAXPAYMENT XXXXXX3920 | $1,170.59 | | $5,521.60 |
| 05/20/2025 | 81356 RECURRING 05/19 18:18 DNH* GODADDY#3753 480-5058855 AZ 29283000 0813~4816 | $103.98 | | $5,417.62 |
| 05/27/2025 | 728109 POS PUR 05/26 12:53 UPWORK * -811847 San Francisco CA 09505133 51~7361 | $780.50 | | $4,637.12 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | |
|---|---|
| Date or Check Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Checks Outstanding | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.                $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.                (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL    $ _____

**8** SUBTRACT checks and withdrawals outstanding.    (-)  $ _____

Your checkbook should show this balance. ................... $ _____

---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).

2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.



# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

## COMPAK BUSINESS CHECKING - ███ 0428 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/27/2025 | 40652 RECURRING 05/26 00:17 SLACK T0GJU7PFF SLACK.COM CA V7WXD3A6 040652 ~5734 | $265.18 | | $4,371.94 |
| 05/27/2025 | 87678 RECURRING 05/25 12:48 DNH* GODADDY#3760 480-5058855 AZ 29283000 0876~4816 | $208.78 | | $4,163.16 |
| 05/30/2025 | 67408 RECURRING 05/29 14:01 DNH* GODADDY#3765 480-5058855 AZ 29283000 0674~4816 | $22.17 | | $4,140.99 |
| 05/30/2025 | SERVICE CHARGE | $29.00 | | $4,111.99 |
| **05/30/2025** | **Balance This Statement** | | | **$4,111.99** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01/2025 | $688.98 | 05/12/2025 | $3,778.80 | 05/27/2025 | $4,163.16 |
| 05/02/2025 | $5,688.98 | 05/16/2025 | $2,752.69 | 05/30/2025 | $4,111.99 |
| 05/05/2025 | $5,037.98 | 05/19/2025 | $6,692.19 | | |
| 05/08/2025 | $4,380.80 | 05/20/2025 | $5,417.62 | | |

THIS PAGE LEFT INTENTIONALLY BLANK


# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

**ADDRESS SERVICE REQUESTED**

WENDT COMMUNICATION PARTNERS, LLC
WILLIAM D. WENDT
CASE 24-02511 BANKRUPTCY
5000 RITTER RD STE 202
MECHANICSBURG PA 17055-6922

## Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
|  | By Phone | 1 800-555-5455 |
|  | By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | ▉ 0901 | $314,440.64 |

## FREE SMALL BUSINESS CHECKING - ▉ 0901

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/01/2025 | **Balance Last Statement** | **$224,436.48** | Minimum Balance | $220,426.83 |
| | 21 Credit(s) This Period | $199,544.04 | Average Ledger Balance | $280,677.59 |
| | 95 Debit(s) This Period | $109,539.88 | Average Available Balance | $280,677.59 |
| 05/30/2025 | **Balance This Statement** | **$314,440.64** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2025 | **Balance Last Statement** | | | **$224,436.48** |
| 05/01/2025 | 90280 POS PUR 04/30 11:27 OVERPASS 201-898-2312 NJ 00000000 090280 ~7375 | $2,388.98 | | $222,047.50 |
| 05/01/2025 | 6799 RECURRING 05/01 10:42 GOOGLE * GSUITE_w cc@google.com CA 00000000 00~5817 | $715.68 | | $221,331.82 |
| 05/01/2025 | 30724 RECURRING 05/01 10:56 GOOGLE * GSUITE_w cc@google.com CA 00000000 03~7399 | $584.99 | | $220,746.83 |
| 05/01/2025 | 51632 POS PUR 05/01 07:01 OVERPASS 201-898-2312 NJ 00000000 051632 ~7375 | $320.00 | | $220,426.83 |
| 05/02/2025 | INTUIT 61240053 DEPOSIT 524771001977501 | | $12,625.00 | $233,051.83 |
| 05/02/2025 | HARDY DIAGNOSTIC CORP PAY WENDTCOM | | $18,687.50 | $251,739.33 |
| 05/02/2025 | Internal transfer for petty cash | $5,000.00 | | $246,739.33 |
| 05/02/2025 | Remote Remote ST-Y6Y5O0R0V1J9 | $5,576.12 | | $241,163.21 |
| 05/02/2025 | Remote Remote ST-A4C1T6D6G7G4 | $3,000.00 | | $238,163.21 |
| 05/02/2025 | Remote Remote ST-G4I3D5W8I1C6 | $2,452.50 | | $235,710.71 |
| 05/02/2025 | 89594 RECURRING 05/02 05:59 CLAY LABS INC CLAY.COM NY OEEDHHZS 089594 ~5734 | $1,590.00 | | $234,120.71 |
| 05/02/2025 | Remote Remote ST-K9V8U8Y1E6L4 | $879.58 | | $233,241.13 |
| 05/02/2025 | Remote Remote ST-R9F9E8F1J0N6 | $383.40 | | $232,857.73 |
| 05/02/2025 | INTUIT * QBooks Onl 9830823 | $249.10 | | $232,608.63 |
| 05/02/2025 | 41832 RECURRING 05/01 16:50 GOOGLE * SVCSwend g.co/HelpPay# CA 00000000 04~4816 | $106.90 | | $232,501.73 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | | |
|---|---|---|
| Date or Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks Outstanding | | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.                                    $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.                                    (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL   $ _____

**8** SUBTRACT checks and withdrawals outstanding.      (-)  $ _____

Your checkbook should show this balance. ...............................  $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).

2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.


**First National Bank**

**_Statement Ending 05/30/2025_**

4140 E. State Street
Hermitage, PA 16148

WENDT COMMUNICATION                    *Page 3 of 6*

Primary Account Number:⬛⬛⬛ *0901*

## FREE SMALL BUSINESS CHECKING - ⬛⬛⬛0901 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/02/2025 | 63948 RECURRING 05/01 12:30 ECM, A LEGALZOOM LEGALZOOM.COM CA 16GOXRUC 06~5734 | $104.00 | | $232,397.73 |
| 05/02/2025 | INTUIT 76452973 ACCT FEE 524771001977501 | $20.00 | | $232,377.73 |
| 05/05/2025 | Remote Remote ST-C5H7Q7U2F2T9 | $4,872.00 | | $227,505.73 |
| 05/05/2025 | INTUIT 85981013 TRAN FEE 524771001977501 | $625.54 | | $226,880.19 |
| 05/05/2025 | Remote Remote ST-M3P2L9F0J8X1 | $540.00 | | $226,340.19 |
| 05/05/2025 | 374920 RECURRING 05/05 03:23 MICROSOFT#G09021 MSBILL.INFO WA 04170978 5125~5045 | $527.16 | | $225,813.03 |
| 05/05/2025 | 14379 RECURRING 05/03 11:14 OUTBOUNDSYNC, IN OUTBOUNDSYNC. DE FVGY0IEL 01~5734 | $300.00 | | $225,513.03 |
| 05/05/2025 | 60402 RECURRING 05/03 14:33 LinkedIn SN P358 855-6535653 CA 00000000 0604~5968 | $127.19 | | $225,385.84 |
| 05/05/2025 | 25631 RECURRING 05/04 13:41 INSTANTLY INSTANTLY.AI WY WFC4ERSF 025631 ~5734 | $97.00 | | $225,288.84 |
| 05/05/2025 | 31923 RECURRING 05/03 10:55 FIGMA FIGMA.COM CA 2AZKKVLN 031923 ~7372 | $65.33 | | $225,223.51 |
| 05/05/2025 | 869184 RECURRING 05/05 05:26 MICROSOFT#G08999 MSBILL.INFO WA 04170978 5125~5045 | $9.00 | | $225,214.51 |
| 05/06/2025 | Remote Remote ST-V7L9L5F4Y5H4 | $4,200.00 | | $221,014.51 |
| 05/06/2025 | 31131 POS PUR 05/06 01:07 PORTAL-IQ WELLINGTON NZ KSJVUFO7 031131 ~5734 | $170.86 | | $220,843.65 |
| 05/07/2025 | INTUIT 75933533 DEPOSIT 524771001977501 | | $5,500.00 | $226,343.65 |
| 05/07/2025 | 25775 RECURRING 05/07 06:02 SURVEYMONK* T 46 WWW.SURVEYMON CA UN5JPKOU 02~5734 | $104.94 | | $226,238.71 |
| 05/08/2025 | INTUIT 80663993 DEPOSIT 524771001977501 | | $2,000.00 | $228,238.71 |
| 05/08/2025 | INTUIT 75791353 DEPOSIT 524771001977501 | | $5,625.00 | $233,863.71 |
| 05/08/2025 | 43756 POS PUR 05/07 11:19 OVERPASS 201-898-2312 NJ 00000000 043756 ~7375 | $1,236.00 | | $232,627.71 |
| 05/08/2025 | 70352 POS PUR 05/07 18:11 SP ESPRESSO CHECKOUT.1.ES DE B1LW0KIO 070352 ~5732 | $348.00 | | $232,279.71 |
| 05/08/2025 | INTUIT 95396023 TRAN FEE 524771001977501 | $272.85 | | $232,006.86 |
| 05/08/2025 | 41116 POS PUR 05/07 20:33 DELTA AIR 0062 800-2211212 CA 47148001 041116~3058 | $180.00 | | $231,826.86 |
| 05/08/2025 | 99035 RECURRING 05/07 11:00 WIZA.CO WWW.WIZA.CO DE PFNLHH9F 099035 ~5734 | $49.00 | | $231,777.86 |
| 05/08/2025 | INTUIT 91547083 TRAN FEE 524771001977501 | $32.50 | | $231,745.36 |
| 05/09/2025 | INTUIT 83416213 DEPOSIT 524771001977501 | | $2,500.00 | $234,245.36 |
| 05/09/2025 | PANORAMIC DOORS 8980-9006 V15990 | | $4,750.00 | $238,995.36 |
| 05/09/2025 | 65179 POS PUR 05/08 05:50 WWW.PROSPECTUP.I TORONTO ON XWV18F6J 065179 ~5969 | $2,041.20 | | $236,954.16 |
| 05/09/2025 | INTUIT 98734813 TRAN FEE 524771001977501 | $99.30 | | $236,854.86 |
| 05/12/2025 | SPECIALLITE7903 CREDIT 29082 | | $8,375.00 | $245,229.86 |
| 05/12/2025 | 340477 INTERNET XFER TO FREESTYLE XXXXXX291 ON 5/10/25 AT 23:41 | $1,000.00 | | $244,229.86 |
| 05/12/2025 | 50889 POS PUR 05/10 12:08 DELTA AIR 0062 BOGOTA CA 00000000 050889 ~3058 | $334.20 | | $243,895.66 |
| 05/12/2025 | 1641 POS PUR 05/10 16:39 TACA AIR 0000 WWW.AVIANCA.C FL WPGTID01 00164~3127 | $278.50 | | $243,617.16 |
| 05/12/2025 | INTUIT 02166373 TRAN FEE 524771001977501 | $124.05 | | $243,493.11 |
| 05/12/2025 | 5709 RECURRING 05/09 02:59 ATT* BILL PAYMEN 800-331-0500 TX 0001 005709 ~4814 | $115.89 | | $243,377.22 |

## FREE SMALL BUSINESS CHECKING – ████████0901 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/12/2025 | 429060 POS PUR 05/10 20:15 UBER TRIP* PENDI SAN FRANCISCO CA IMBXV2YM 05~4121 | $55.58 | | $243,321.64 |
| 05/12/2025 | 53002 RECURRING 05/11 00:01 INFOQUEST.* ECHN INFOQUEST.COM PA YJVPALJN 05~7399 | $40.95 | | $243,280.69 |
| 05/12/2025 | 88635 RECURRING 05/10 09:55 SEATS.AERO SEATS.AERO DE STL3OWVH 088635 ~5734 | $9.99 | | $243,270.70 |
| 05/12/2025 | 49166 POS PUR 05/11 13:08 MTA* NYCT PAYGO NEW YORK NY 00000000 049166 ~4111 | $2.90 | | $243,267.80 |
| 05/13/2025 | INTUIT 92731003 DEPOSIT 524771001977501 | | $10,500.00 | $253,767.80 |
| 05/13/2025 | HUBSPOT INC 3555 Payment 17900048 | | $97,028.79 | $350,796.59 |
| 05/13/2025 | RMT* 069IN250222 RMT* 069IN ST-Q0U0U9R7I3N7 | $9,547.38 | | $341,249.21 |
| 05/13/2025 | 8245 POS PUR 05/12 13:49 WWW.PROSPECTUP.I TORONTO ON XWV18F6J 008245 ~5969 | $2,041.20 | | $339,208.01 |
| 05/13/2025 | HUBSPOT INC. J2521 RCUR CZ10000ES2W6C | $1,905.86 | | $337,302.15 |
| 05/13/2025 | RMT* 069IN250220 RMT* 069IN ST-S3T4F2D5Q1M2 | $377.00 | | $336,925.15 |
| 05/13/2025 | 52007 POS PUR 05/13 02:28 PORTAL-IQ WELLINGTON NZ KSJVUFO7 052007 ~5734 | $170.86 | | $336,754.29 |
| 05/13/2025 | 8078 RECURRING 05/13 07:40 INSTRUMENTAL GRO INSTRUMENTAL. CO ZZXVGJVV 00~7399 | $35.00 | | $336,719.29 |
| 05/14/2025 | DENNERY PLLC J2522 OOFF CZ10000ET6Z7C | $2,864.64 | | $333,854.65 |
| 05/14/2025 | Remote Remote ST-I0G7B1H3A5T8 | $1,360.00 | | $332,494.65 |
| 05/14/2025 | INTUIT 11384063 TRAN FEE 524771001977501 | $520.36 | | $331,974.29 |
| 05/14/2025 | 5555 POS PUR 05/13 04:28 SP ESPRESSO CHECKOUT.1.ES DE B1LW0KIO 005555 ~5732 | $64.00 | | $331,910.29 |
| 05/15/2025 | REMOTE REMOTE ST-C3O2K6I5C1P5 | $5,573.75 | | $326,336.54 |
| 05/15/2025 | ONBOARD TALENT, SALE | $3,375.00 | | $322,961.54 |
| 05/15/2025 | ONBOARD TALENT, SALE | $3,200.00 | | $319,761.54 |
| 05/15/2025 | 66648 POS PUR 05/14 11:20 OVERPASS 201-898-2312 NJ 00000000 066648 ~7375 | $1,236.00 | | $318,525.54 |
| 05/15/2025 | RMT* 069IN250259 RMT* 069IN ST-K6J8K4D5X6Z5 | $530.35 | | $317,995.19 |
| 05/15/2025 | 17138 POS PUR 05/14 18:53 BOWERY ROAD 212-4321324 NY 76713092 017138 ~5812 | $51.17 | | $317,944.02 |
| 05/15/2025 | 96476 RECURRING 05/15 04:43 RENSYSTEMS.COM RENSYSTEMS.CO NC UN2O8AUB 0964~5734 | $49.00 | | $317,895.02 |
| 05/16/2025 | ONBOARD TALENT, SALE | $1,000.00 | | $316,895.02 |
| 05/16/2025 | Remote Remote ST-U9E0L0L7O2A1 | $500.00 | | $316,395.02 |
| 05/19/2025 | DEPOSIT | | $2,250.00 | $318,645.02 |
| 05/19/2025 | 964859 EB INTERNET XFER TO CHECKING 97720428 ON 5/19/25 AT 17:02 | $5,000.00 | | $313,645.02 |
| 05/19/2025 | 81142 RECURRING 05/18 23:57 BUGHERD MELBOURNE AU ZYORW0AZ 081142 ~5734 | $49.39 | | $313,595.63 |
| 05/19/2025 | 235560 POS PUR 05/17 11:48 UBER TRIP* TRIP SAN FRANCISCO CA IMBXV2YM 051~4121 | $18.23 | | $313,577.40 |
| 05/19/2025 | 13791 POS PUR 05/17 11:55 UBER TRIP* TRIP SAN FRANCISCO CA IMBXV2YM 051~4121 | $8.33 | | $313,569.07 |
| 05/19/2025 | 299538 POS PUR 05/19 03:15 UBER TRIP* TRIP SAN FRANCISCO CA IMBXV2YM 051~4121 | $3.00 | | $313,566.07 |
| 05/20/2025 | INTUIT 12002453 DEPOSIT 524771001977501 | | $2,000.00 | $315,566.07 |
| 05/20/2025 | Doug salary Opolis | $16,000.00 | | $299,566.07 |
| 05/20/2025 | 97585 RECURRING 05/19 20:36 Regus Management iwgplc.com TX 00001000 09758~6513 | $155.88 | | $299,410.19 |
| 05/20/2025 | 63835 POS PUR 05/19 06:07 UBER * TRIP HELP.UBER.COM CA 00000000 063835 ~4121 | $75.74 | | $299,334.45 |
| 05/21/2025 | THE HARTFORD INSPMTCL 16719204 | $462.82 | | $298,871.63 |
| 05/21/2025 | INTUIT 30736113 TRAN FEE 524771001977501 | $53.90 | | $298,817.73 |



# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

## FREE SMALL BUSINESS CHECKING - ▮▮▮ 0901 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/22/2025 | ZERO ZONE INC UPDATE | | $7,500.00 | $306,317.73 |
| 05/22/2025 | 18831 POS PUR 05/21 11:24 OVERPASS 201-898-2312 NJ 00000000 018831 ~7375 | $1,223.29 | | $305,094.44 |
| 05/22/2025 | WENDT COMMUNICAT High Assoc XXXXX1053 | $225.00 | | $304,869.44 |
| 05/22/2025 | WENDT COMMUNICAT High Assoc XXXXX1053 | $225.00 | | $304,644.44 |
| 05/22/2025 | 55348 POS PUR 05/21 12:23 SP ESPRESSO CHECKOUT.1.ES DE B1LW0KIO 055348 ~5732 | $69.00 | | $304,575.44 |
| 05/23/2025 | INTUIT 20713343 DEPOSIT 524771001977501 | | $1,834.00 | $306,409.44 |
| 05/23/2025 | SPECIAL-LITE CREDIT 29082 | | $4,187.50 | $310,596.94 |
| 05/23/2025 | 304414 INTERNET XFER TO FREESTYLE XXXXXX291 ON 5/23/25 AT 11:32 | $1,726.92 | | $308,870.02 |
| 05/23/2025 | 71724 RECURRING 05/22 19:18 Regus Management iwgplc.com TX 00001000 07172~6513 | $335.00 | | $308,535.02 |
| 05/23/2025 | INTUIT 35299803 TRAN FEE 524771001977501 | $18.34 | | $308,516.68 |
| 05/27/2025 | DEPOSIT | | $2,200.00 | $310,716.68 |
| 05/27/2025 | INTUIT 27442973 DEPOSIT 524771001977501 | | $2,500.00 | $313,216.68 |
| 05/27/2025 | 60822 POS PUR 05/23 15:06 AMAZON RETA* NN3 WWW.AMAZON.CO WA HLDSODZP 06~5331 | $285.89 | | $312,930.79 |
| 05/27/2025 | INTUIT 43095823 TRAN FEE 524771001977501 | $124.05 | | $312,806.74 |
| 05/27/2025 | 8446 RECURRING 05/27 11:22 CANVA* I04529-74 CANVA.COM DE RHM0EZQC 008446~7333 | $26.93 | | $312,779.81 |
| 05/28/2025 | INTUIT 33797233 DEPOSIT 524771001977501 | | $1,000.00 | $313,779.81 |
| 05/28/2025 | 7413 RECURRING 05/27 04:05 KIWI FOR GMAIL KIWIFORGMAIL. NY DQVCBUEM 0074~5734 | $58.90 | | $313,720.91 |
| 05/29/2025 | BLKPNDG DYNEX TE PAYMENTS Wendt | | $2,231.25 | $315,952.16 |
| 05/29/2025 | INTUIT 37985563 DEPOSIT 524771001977501 | | $3,750.00 | $319,702.16 |
| 05/29/2025 | 36979 POS PUR 05/28 11:27 OVERPASS 201-898-2312 NJ 00000000 036979 ~7375 | $1,236.00 | | $318,466.16 |
| 05/29/2025 | WENDT COMMUNICAT KOFFMAN XXXXX1053 | $600.00 | | $317,866.16 |
| 05/29/2025 | INTUIT 50911713 TRAN FEE 524771001977501 | $49.80 | | $317,816.36 |
| 05/29/2025 | HUBSPOT INC. J2537 RCUR CZ10000F4KL1C | $24.59 | | $317,791.77 |
| 05/30/2025 | England Thims & CDNOTHER England Thims | | $2,500.00 | $320,291.77 |
| 05/30/2025 | ACH Service Charge | $2.00 | | $320,289.77 |
| 05/30/2025 | WENDT COMMUNICAT NUARefund1 XXXXX1053 | $2,750.00 | | $317,539.77 |
| 05/30/2025 | WENDT COMMUNICAT WIG Refund XXXXX1053 | $1,750.00 | | $315,789.77 |
| 05/30/2025 | VENNUSINC4148 CASH CON | $1,071.40 | | $314,718.37 |
| 05/30/2025 | INTUIT 54256873 TRAN FEE 524771001977501 | $185.93 | | $314,532.44 |
| 05/30/2025 | 15894 RECURRING 05/29 18:18 PACERMONITOR.COM PACERMONITOR. NY FTUZLHPK 01~5734 | $1.80 | | $314,530.64 |
| 05/30/2025 | SERVICE CHARGE | $90.00 | | $314,440.64 |
| **05/30/2025** | **Balance This Statement** | | | **$314,440.64** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01/2025 | $220,426.83 | 05/12/2025 | $243,267.80 | 05/21/2025 | $298,817.73 |
| 05/02/2025 | $232,377.73 | 05/13/2025 | $336,719.29 | 05/22/2025 | $304,575.44 |
| 05/05/2025 | $225,214.51 | 05/14/2025 | $331,910.29 | 05/23/2025 | $308,516.68 |
| 05/06/2025 | $220,843.65 | 05/15/2025 | $317,895.02 | 05/27/2025 | $312,779.81 |
| 05/07/2025 | $226,238.71 | 05/16/2025 | $316,395.02 | 05/28/2025 | $313,720.91 |
| 05/08/2025 | $231,745.36 | 05/19/2025 | $313,566.07 | 05/29/2025 | $317,791.77 |
| 05/09/2025 | $236,854.86 | 05/20/2025 | $299,334.45 | 05/30/2025 | $314,440.64 |



First National Bank

**Deposit**

| | |
|---|---|
| Transaction Date/Time | 05/30/2025 11:18:12 |
| Check Processing Date | 05/30/2025 |
| Cash Box | 57 |
| Cost Center | 4028 |
| Transaction ID | 3 |
| Account Number: | ████0901 |
| Account Type | Checking/MMA |
| Correlation Year: | |
| Sess on Funds In | 0.00 |
| Cash In | 0.00 |
| Check In | 2,250.00 |
| Sess on Funds Out | 0.00 |
| Sys Calc Deposit Amount | 2,250.00 |
| Total Deposit Amt | 2,250.00 |
| Customer Name | WENDT COMMUNICATION PARTNERS ...C |

⑆043318092⑆     ██████0501⑉012⑈000022 5000⑈

402557480003

First National Bank

**Deposit**

| | |
|---|---|
| Transaction Date/Time | 05/27/2025 10:41:46 |
| Check Processing Date | 05/27/2025 |
| Cash Box | 55 |
| Cost Center | 4028 |
| Transaction ID | 15 |
| Account Number: | ████901 |
| Account Type | Checking/MMA |
| Correlation Year: | |
| Sess on Funds In | 0.00 |
| Cash In | 0.00 |
| Check In | 2,200.00 |
| Sess on Funds Out | 0.00 |
| Sys Calc Deposit Amount | 2,200.00 |
| Total Deposit Amt | 2,200.00 |
| Customer Name | WENDT COMMUNICATION PARTNERS ...C |

⑆043318092⑆     ██████0501⑉012⑈000022 0000⑈

402555150011

 **First National Bank**

**4140 E. State Street**
**Hermitage, PA 16148**

**ADDRESS SERVICE REQUESTED**

WENDT COMMUNICATION PARTNERS, LLC
WENDT COMM PART INC, DEBTR IN POSSESSION
WILLIAM D. WENDT
CASE 24-02511
5000 RITTER RD STE 202
MECHANICSBURG PA 17055-6922

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
|  | By Phone | 1 800-555-5455 |
|  | By Mail | 4140 E. State Street Hermitage, PA 16148 |

### Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | ▇0927 | $17,278.67 |

## FREE SMALL BUSINESS CHECKING - ▇0927

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/01/2025 | **Balance Last Statement** | **$14,191.17** | Minimum Balance | $7,734.92 |
| | 1 Credit(s) This Period | $16,000.00 | Average Ledger Balance | $14,677.62 |
| | 2 Debit(s) This Period | $12,912.50 | Average Available Balance | $14,677.62 |
| 05/30/2025 | **Balance This Statement** | **$17,278.67** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2025 | **Balance Last Statement** | | | **$14,191.17** |
| 05/08/2025 | Opolis, Inc. Opolis, In IMVWPKPB5 | $6,456.25 | | $7,734.92 |
| 05/20/2025 | Doug salary Opolis | | $16,000.00 | $23,734.92 |
| 05/29/2025 | Opolis, Inc. Opolis, In IEY8XLWMV | $6,456.25 | | $17,278.67 |
| 05/30/2025 | **Balance This Statement** | | | **$17,278.67** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/08/2025 | $7,734.92 | 05/20/2025 | $23,734.92 | 05/29/2025 | $17,278.67 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | | |
|---|---|---|
| Date or Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks Outstanding | | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.                                                                   $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.                                                                     (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL   $ _____

**8** SUBTRACT checks and withdrawals outstanding.          (-)  $ _____

Your checkbook should show this balance. ................................  $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).

2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.


**4140 E. State Street**
**Hermitage, PA 16148**

**ADDRESS SERVICE REQUESTED**

WENDT COMMUNICATION PARTNERS, LLC
WENDT COMM PART INC, DEBTR IN POSSESSION
WILLIAM D. WENDT
CASE 24-02511 BANKRUPTCY
5000 RITTER RD STE 202
MECHANICSBURG PA 17055-6922

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street<br>Hermitage, PA  16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | ██ 0935 | $91,074.24 |

## FREE SMALL BUSINESS CHECKING - ████ 0935

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/01/2025 | Balance Last Statement | $91,074.24 | Minimum Balance | $91,074.24 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $91,074.24 |
| | 0 Debit(s) This Period | $0.00 | Average Available Balance | $91,074.24 |
| 05/30/2025 | Balance This Statement | $91,074.24 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2025 | **Balance Last Statement** | | | **$91,074.24** |
| | No activity this statement period | | | |
| 05/30/2025 | **Balance This Statement** | | | **$91,074.24** |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING ||
|---|---|
| Date or Check Number | Amount |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total Checks Outstanding |  |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.    $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.    (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL  $ _____

**8** SUBTRACT checks and withdrawals outstanding.    (-) $ _____

Your checkbook should show this balance. ................. $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).

2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.